UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NEAL ROMAN,   JUDGMENT
 04-CV- 0257 (JBW)
                Plaintiff,

-against-

PORT AUTHORITY OF NEW YORK and
NEW JERSEY and PATH,

                Defendants.
-----------------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ NOV 1 0 2005 ★
BROOKLYN OFFICE

An Order of Honorable Jack B. Weinstein, United States District Judge, having been filed on November 9, 2005, dismissing the case for failure to prosecute; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendants; and that the case is dismissed for failure to prosecute.

Dated: Brooklyn, New York
       November 09, 2005

                                              ROBERT C. HEINEMANN
                                              Clerk of Court